**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROZALIYA RIPA, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>  v.<br><br>RESTAURANT DEPOT, LLC,<br><br>         Defendant. | Case No.: 1:26-CV-2853<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please take notice that **PATTON LU**, an associate at the law firm Faegre Drinker Biddle & Reath LLP and a member of the bar of the United States District Court for the Southern District of New York, hereby appears as counsel for Defendant Restaurant Depot, LLC and requests that all future correspondence and papers in connection with this action be served upon him at the address indicated below.

Dated: New York, New York
   April 27, 2026

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Patton Lu*
Patton Lu (NY Bar No. 6191829)

1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Tel: (212) 248-3140
patton.lu@faegredrinker.com

*Attorney for Defendant Restaurant Depot, LLC*